**A-1619**



Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 2 of 72

A-1620

From:       Ethan Cole [ethancole@lfusa.com]
Sent:       9/9/2014 2:25:01 PM
To:         Jason Rabin (LF Asia) [JasonRabin@LFAsia.com]
CC:         Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
Subject:    Termination Letter
Attachments: Roc Termination Letter.pdf

Hi Jason,

Attached please find a first draft of the Termination Letter that Seth provided. See below for a quick summary:

- All royalties and GMRs due to Iconix from July 1, 2014 onwards are waived

September 9




GOVERNMENT
EXHIBIT
1087
19 Cr. 869 (ER)

2013 ① 2014 ② ③ 2015




59



A-1621

**From:** Lauren Gee [lgee@iconixbrand.com]
**Sent:** 9/11/2014 6:22:30 PM
**To:** Robert Shirs [robertshirs@globalbrandsgroup.com]
**CC:** JaredMargolis@GlobalBrandsGroup.com; Seth Horowitz [shorowitz@iconixbrand.com]; Jason Schaefer [jschaefer@iconixbrand.com]
**Subject:** Revised China Umbro/Lee Cooper Transaction Documents (SEA JV Amendment)
**Attachments:** Blacklined A&R Shareholders Agreement 9.11.14.pdf; Blacklined Consideration Side Letter 9.11.14.pdf; Blacklined MLA Amendment No. 2 9.11.14.pdf; 101780130_8 (Iconix LF - Amendment 2 to Master License Agreement (GDC 9.....docx; 101780136_3 (Iconix LF - China (Umbro and Lee Cooper) Consideration Side....docx; 101780528_8 (Iconix SEA - 2nd Amended & Restated Shareholders Agreement ....docx

Rob,

Attached please find revised drafts of the SEA JV amendment documents for China Umbro/Lee Cooper, together with blacklines marked against the prior drafts. Please let me know if you have any additional comments or if your team is now signed off.

Iconix and LF acknowledge and agree that the right to use certain trademark registrations or applications owned by Iconix Luxembourg Holdings S.ar.l. ("*Iconix Luxembourg*") and Red Diamond Holdings S.ar.l. ("*Red Diamond*" and, together with Iconix Luxembourg, the "*CHMT Marks Licensors*") in the People's Republic of China, the Hong Kong Special Administrative Region of the People's Republic of China, the Macau Special Administrative Region of the People's Republic of China, and the Republic of China (the "*CHMT Territory*") granted by Licensors to Licensee pursuant to the SEA JV Amendments (the "*CHMT Marks*") is deemed to have a fair market value of [US$31,000,000].43,000,000, and that because Iconix and LF each own 50% of Licensee, LF's ownership of 50% of Licensee will provide LF a benefit equal to 50% of such fair market value, or [US$15,500,000].21,500,000.

GIBSON DUNN DRAFT – 089/11/14.14

ICONIX SE ASIA LIMITED
SECOND AMENDED AND RESTATED
SHAREHOLDERS AGREEMENT

Amended and restated on AugustSeptember [__], 2014

THE SHARES REFERRED TO IN THIS AGREEMENT HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR UNDER ANY STATE OR FOREIGN SECURITIES LAWS. THE SHARES MAY NOT BE SOLD, TRANSFERRED OR OTHERWISE DISPOSED OF UNLESS REGISTERED UNDER THE SECURITIES ACT AND ANY APPLICABLE STATE AND FOREIGN SECURITIES LAWS, OR UNTIL ICONIX SE ASIA LIMITED IS SATISFIED THAT THE REGISTRATION OF SUCH SALE, TRANSFER OR OTHER DISPOSITION IS NOT REQUIRED UNDER THE SECURITIES ACT AND ANY APPLICABLE STATE AND FOREIGN SECURITIES LAWS BECAUSE OF AVAILABLE EXEMPTIONS FROM SUCH REGISTRATION REQUIREMENTS. ADDITIONALLY, ANY SALE, TRANSFER OR OTHER DISPOSITION OF ANY SHARE IS SUBJECT TO CERTAIN RESTRICTIONS SET FORTH IN THIS AGREEMENT.

GOVERNMENT EXHIBIT 1091
19 Cr. 869 (ER)

September 11

2013    1      2014 2      3      2015   60

# A-1622













September 11

[US$~~15,500,000~~21,500,000.]

(a)    [US$~~3,100,000~~4,300,000] on the date hereof;

(b)    [US$~~3,100,000~~4,300,000] on the first (1st) anniversary of the date of this letter;

(c)    [US$~~3,100,000~~4,300,000] on the second (2nd) anniversary of the date of this letter;

(d)    [US$~~3,100,000~~4,300,000] on the third (3rd) anniversary of the date of this letter;

(e)    [US$~~3,100,000~~4,300,000] on the fourth (4th) anniversary of the date of this letter.

From:       Lauren Gee [gee@iconixbrand.com]
Sent:       9/11/2014 6:22:30 PM
To:         Robert Smith [robert.smits@globalbrandsgroup.com]
CC:         JaredMargolis@GlobalBrandsGroup.com; Seth Horowitz [shorowitz@iconixbrand.com]; Jason Schaefer [jschaefer@iconixbrand.com]
Subject:    Revised China Umbro/Lee Cooper Transaction Document; (SEA JV Amendment)
Attachments: Blacklined A&R Shareholders Agreement 9.11.14.pdf; Blacklined MLA Amendment No. 2 9.11.14.pdf; Blacklined Consideration Side Letter 9.11.14.pdf; Blacklined LF - China Amendment No. 2 9.....docx; 101780136_3 (Iconix LF - China (Umbro and Lee Cooper) Consideration Side....docx; 101780528_8 (Iconix SEA - 2nd Amended & Restated Shareholders Agreement ....docx

Rob,

Attached please find revised drafts of the SEA JV amendment documents for China Umbro/Lee Cooper, together with blacklines marked against the prior drafts.   Please let me know if you have any additional comments or if your team is now signed off.

GIBSON DUNN DRAFT – 09/11/12/2014

To: LF Asia Limited
11th Floor, LiFung Tower,
888 Cheung Sha Wan Road,
Kowloon,
Hong Kong

Date: [__] September 2014

Dear Sirs,

Re: Acknowledgement and Payment of Consideration for 50% Share of CHMT Marks License

Reference is hereby made to (a) the Amendment No. 2 to the Master License

LF shall pay the CHMT Marks Consideration to the CHMT Marks Licensors as follows, in each case by wire transfer in immediately available funds:

(a) US$4,300,000 on the date hereof;

(b) US$1,300,000 on December 13, 2014;

(c) US$4,300,000 on the first (1st) anniversary of the date of this letter;

(d) US$4,300,000 US$1,100,000 on March 31, 2015;

(e) US$1,100,000 on June 30, 2015;

(f) US$1,700,000 on the second (2nd) anniversary of the date of this letter; (d)

US$4,300,000 on the third (3rd) anniversary of the date of this letter;

(eg) US$4,300,000 1,700,000 on the fourth third (4th 3rd) anniversary of the date of this letter.

ICON-043-0003464






GOVERNMENT EXHIBIT 1244
19 Cr. 869 (ER)

62

2015

September 12

③

2014 ②

①

2013

---

From: Lauren Gee [lgee@iconixbrand.com]
Sent: 9/12/2014 7:55:57 PM
To: 'Robert Smits' [robertsmits@globalbrandsgroup.com]
CC: Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Seth Horowitz [shorowitz@iconixbrand.com]; Jason Schaefer [jschaefer@iconixbrand.com]
Subject: RE: Revised China Umbro/Lee Cooper Transaction Documents (SEA JV Amendment)
Attachments: Schedule A-2 Lee Cooper in Greater China.pdf; Schedule A-2 Umbro in Greater China.pdf; Schedule C-2 Part C Table 9-12-14.docx; SEA Second Amendment Schedules 9-12-14.docx; Blacklined A&R Shareholders Agreement (against 9.11 draft).pdf; Blacklined Consideration Side Letter (against 9.11 draft).pdf; 101780136_4 (Iconix LF - China (Umbro and Lee Cooper) Consideration Side....docx; 101780528_9 (Iconix SEA - 2nd Amended & Restated Shareholders Agreement....docx

Rob,

Attached please find the following:

1) Revised drafts of the Shareholders Agreement and Consideration Letter, reflecting some last-minute changes to the purchase price payment schedule, as mutually agreed by our business teams;

2) A revised draft of the MLA Amendment, reflecting a few clean-up changes; and

3) The schedules to the MLA Amendment.






A-1624

**From:** Lauren Gee
**Sent:** Monday, September 15, 2014 7:07 PM
**To:** Robert Smits
**Cc:** Jared Margolis; Seth Horowitz; Jason Schaefer; Ethan Cole
**Subject:** RE: Revised China Umbro/Lee Cooper Transaction Documents (SEA JV Amendment)

Hi Rob,

I just learned that the business teams agreed to a $15.5M floor on the Agreed Value attributable to the China Umbro/Lee Cooper rights in connection with the put/call options in the Shareholder's Agreement. We will update the document to reflect that point and will send it across shortly for final sign off on your end.

> (A)      The GBG Shareholder's Percentage Shareholding *multiplied by* 5.5 *multiplied by* the greater of the royalty generated by the Company under the Master License Agreement and Other License Agreements in respect of the CHMT Rights for (i) the Year ended December 31, 2015 and (ii) the Year ended December 31, 2019; *provided, however,* that the Agreed Value attributable to the CHMT Rights shall not be less than $21,500,000 15,500,000 (such Agreed Value attributable to the CHMT Rights, the "*Adjusted CHMT Purchase Price*"); *plus*

*Five-Year Put/Call Purchase Price*") in cash equal to 120% of the aggregate Agreed Value (such purchase initiated by a CHMT Five-Year Call Notice, a "*CHMT Five-Year Call*" and each of a CHMT Five-Year Put and a CHMT Five-Year Call, a "*CHMT Five-Year Put/Call*"). Prior to the closing of the CHMT Five-Year Put/Call pursuant to Section 6.04(c), (i) the Company shall operate its business and manage its investments in the ordinary course consistent with past practices and (ii) the Company shall pay an interim dividend in accordance with the Dividend Policy and pay all fees owing and accrued to GBG under the Local Services Agreement and pay all fees owing and accrued to Iconix under the Administrative Services Agreement, in each case, to be calculated up to the day before closing of the CHMT Five-Year Put/Call.

(iii)      If the Five-Year Put/Call is exercised in the six- (6-) month period following the fifth (5th) anniversary of the Effective Date, Agreed Value shall be equal to the GBG Shareholder's Percentage Shareholding *multiplied by* 5.5 *multiplied by* the greater of the royalty generated by the Company under the Master License Agreement and Other License Agreements in respect of the Europe Rights, the Existing Rights, and/or the Korea Rights (as applicable) for (i) the Year ended December 31, 2015 and (ii) the Year ended December 31, 2018; *provided, however,* that the Agreed Value attributable to the Europe Rights shall not be less than $7,617,500.

(iv)      If the CHMT Five-Year Put/Call is exercised in the six- (6-) month period following the fifth (5th) anniversary of the Second Amendment Effective Date, Agreed Value shall be equal to:

(A)      The GBG Shareholder's Percentage Shareholding *multiplied by* 5.5 *multiplied by* the greater of the royalty generated by the Company under the Master License Agreement and Other License Agreements in respect of the CHMT Rights for (i) the Year ended December 31, 2015 and (ii) the Year ended December 31, 2019; *provided, however,* that the Agreed Value attributable to the CHMT Rights shall not be less than $21,500,000 15,500,000 (such Agreed Value attributable to the CHMT Rights, the "*Adjusted CHMT Purchase Price*"); *plus*

(B)      in the case of a Full Exercise, the lesser of the (x) amount of cash in the Company after payment of the CHMT Put/Call Distribution to the Iconix Shareholder and (y) the maximum amount of distributions allowed by the Companies Ordinance.

(v)      If the Five-Year Put/Call is exercised in the six- (6-) month period following the eighth (8th) anniversary of the Effective Date, Agreed Value shall be equal to:

(A)      The GBG Shareholder's Percentage Shareholding *multiplied by* 5.5 *multiplied by* the greater of the royalty generated by the Company under the Master License Agreement and the Other License Agreements in respect of the Europe Rights, the Existing Rights and/or the Korea Rights (as applicable) for (i) the Year ended December 31, 2018 and (ii) the Year ended December 31, 2021; *provided, however,* that the Agreed Value attributable to the Europe Rights shall not be less than $7,617,500, plus

GOVERNMENT EXHIBIT 1210
19 Cr. 869 (ER)

September 15



2013   ①                    2014 ②            ③                    2015   63



A-1625

**From:** Neil Cole <ncole@iconixbrand.com>
**Date:** Tuesday, September 16, 2014 at 10:24 AM
**To:** Seth Horowitz <shorowitz@iconixbrand.com>, Jason Schaefer <jschaefer@iconixbrand.com>
**Subject:** GBG

Is deal closed?

**From:** Seth Horowitz [shorowitz@iconixbrand.com]
**Sent:** 9/16/2014 10:25:15 AM
**To:** Neil Cole [ncole@iconixbrand.com]; Jason Schaefer [jschaefer@iconixbrand.com]
**Subject:** Re: GBG

Waiting for signature. Rob Smits went to track down Jason a half hour ago for him to sign….haven't heard back yet.

GOVERNMENT
EXHIBIT
1094
19 Cr. 869 (ER)

September 16

2013    1    2014   2    3    2015

64

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 8 of 72



A-1626

From: Jason Rabin [mailto:jasonrabin@globalbrandsgroup.com]
Sent: Wednesday, September 17, 2014 10:29 AM
To: Neil Cole
Subject:

We are good with the deal..I. Signed it yest.

September 17







2013   1

2014 2          3

2015  65

GOVERNMENT
EXHIBIT
1095
19 Cr. 869 (ER)

# US$21,500,000.

GBG shall pay the CHMT Marks Consideration to the CHMT Marks Licensors as follows, in each case by wire transfer in immediately available funds:

(a)      US$4,300,000 on the date hereof;

(b)      US$1,300,000 on December 13, 2014;

(c)      US$1,100,000 on March 31, 2015;

(d)      US$1,100,000 on June 30, 2015;

(e)      US$4,300,000 on the first (1st) anniversary of the date of this letter;

(f)      US$3,200,000 on the second (2nd) anniversary of the date of this letter;

(g)      US$3,100,000 on the third (3rd) anniversary of the date of this letter; and

(h)      US$3,100,000 on the fourth (4th) anniversary of the date of this letter.



For and on behalf of
ICONIX BRAND GROUP, INC.



To:   Global Brands Group Asia Limited
f/k/a LF Asia Limited
9th Floor, LiFung Tower,
888 Cheung Sha Wan Road,
Kowloon,
Hong Kong

Date: 17 September 2014

Dear Sirs,

Re: Acknowledgement and Payment of Consideration for 50% Share of CHMT Marks

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.    ICON-051-00052301

GOVERNMENT
EXHIBIT
212
19 Cr. 869 (ER)

September 17

2013   1      2014 2    3      2015   66

# A-1628

EXECUTION VERSION

## AMENDMENT NO. 2 TO MASTER LICENSE AGREEMENT

This "**Amendment**"), is entered into effective as of 17 September, 2014, by and among ICONIX BRAND GROUP, INC., a Delaware corporation (*Iconix*), the wholly owned subsidiaries of Iconix listed on Annex 1 hereto (each of the foregoing individually being referred to as a "*Licensor*" collectively, "*Licensors*"), and ICONIX SE ASIA LIMITED (f/k/a Lion Network Limited), a company incorporated with limited liability in Hong Kong with company number 1965473 ("*Licensee*").

### WITNESSETH:

**WHEREAS**, in connection with the Share Purchase Agreement effective as of September 30, 2013 (the "*Purchase Agreement*") between Iconix and Global Brands Group Asia Limited, f/k/a LF Asia Limited, a limited liability company organized under the laws of Hong Kong with company number 0872646 ("*GBG*"), Licensors and Licensee entered into that certain Master License Agreement effective as of September 30, 2013, as amended by that certain Amendment No. 1 to Master License Agreement, dated as of June 30, 2014 (the "*Existing License Agreement*"; capitalized terms used herein without definition shall have the meanings ascribed to them in the Existing License Agreement as amended by this Amendment), pursuant to which Licensors granted to Licensee the exclusive right, subject to the exceptions and other terms and conditions set forth in the Existing License Agreement, to use and display, and to grant sublicenses to third parties to use and display, certain trademark registrations or applications owned by Licensors in a specified territory;

**WHEREAS**, Iconix and GBG currently each own 50% of the shares of Licensee;

**WHEREAS**, in recognition of the fact that the right to use the trademark registrations or applications covering or relating to the "UMBRO" or "LEE COOPER" brands that are owned by Iconix Luxembourg Holdings S.ar.l. ("*Iconix Luxembourg*") and Red Diamond Holdings S.ar.l. ("*Red Diamond*" and, together with Iconix Luxembourg, the "*CHMT Marks Licensors*"), respectively, in the CHMT Territory (as defined below) is deemed to have a fair market value of US$43,000,000, and that Iconix and GBG each own 50% of Licensee, GBG has agreed by a side letter dated on or about the Amendment No. 2 Effective Date ("*Purchase Side Letter*") to pay to Iconix Luxembourg and Red Diamond 50% of such fair market value, or US$21,500,000 in exchange for Iconix and Licensors agreeing to amend the Existing License Agreement to provide for the CHMT Marks Licensors to grant to Licensee an exclusive license to such registrations or applications owned by the CHMT Marks Licensors in the CHMT Territory (subject to the exceptions contained herein), and

**WHEREAS**, Iconix, Licensors and Licensee desire to amend the Existing License Agreement to provide for the CHMT Marks Licensors to grant an exclusive license to Licensee of such trademark registrations or applications owned by the CHMT Marks Licensors in the CHMT Territory and for Iconix Luxembourg to grant a non-exclusive license of certain endorsement, sponsorship and similar rights and to amend the Existing License Agreement in certain other respects as hereinafter set forth.

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.

ICON-051-0005254




GOVERNMENT EXHIBIT
211
19 Cr. 069 (ER)

GOVERNMENT EXHIBIT
211
19 Cr. 069 (ER)

US$21,500,000

ICONIX BRAND GROUP, INC.

By: _____

Name: Neil Cole
Title: President and Chief Executive Officer







67

2015

September 17

3

2014 2

2013

1



A-1629





Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 12 of 72

A-1630

From: Seth Horowitz [shorowitz@iconixbrand.com]
Sent: 9/22/2014 9:53:40 AM
To: Jason Rabin [JasonRabin@lfasia.com]
Subject: Rocawear Kids

Jason,

I worked with the new licensee for Rocawear kids over the weekend. Below are the terms in which they will take all goods- as they sent to me- existing/aged, on order and WIP.

Please let me know if this works for you and we will update the termination agreement and finalize this week.

Best,
Seth

Total Open Orders:
Take all 921,318 units or $7.459m at wholesale
I need a LDP discount of 20%.
1.   All PO's must be confirmed by retailers with actual PO's and dates between 10/1/14 and 12/30/14 for Holiday 14 goods and between 12/1/14 and 3/1/15 for Spring 15 goods
2.   All PO's must be reviewed and confirmed with retailers by Jonathan Cohen

Total ATS:
*Spring 2015 –*
Will take all 64,812 units
Need a LDP discount of 20%
*Holiday 14 & Before –*
Will take all 339,523 units
Need a LDP discount of 60%

** We need 90 day terms for payment on all in house and in transit goods.**

GOVERNMENT
EXHIBIT
1096
19 Cr. 869 (ER)

September 22

2013   1                                        2014         3                         2015   69

# A-1631



**A-1632**



From: Ethan Cole [ethancole@Ifusa.com]
Sent: 9/25/2014 1:25:20 PM
To: Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
Subject: Fwd: Iconix Invoice
Attachments: ATT00001.htm; Iconix - Mossimo SEA.pdf; ATT00002.htm; Iconix - Peanuts China.pdf; ATT00003.htm; Iconix - Zoo York.pdf; ATT00004.htm

The invoices for Iconix have been prepared. 5m in total - see below. Unless you have any comments I will confirm with John that he can send.











# A-1633



**GOVERNMENT EXHIBIT**
**1098**
19 Cr. 869 (ER)

**2015**

**2014**

**2013**

72

3

September 26

2

1

**From:** John Reda [John.Reda@imiar.com]
**Sent:** 9/26/2014 8:59:23 AM
**To:** David Wasiaton [DWasiaton@iconixbrand.com]
**CC:** Seth Horowitz [shorowitz@iconixbrand.com]; Ethan Cole [ethancole@lfusa.com]
**Subject:** Invoices for Marketing Costs
**Attachments:** Iconix - Mossimo SEA.PDF; Iconix - Peanuts China.pdf; Iconix - Zoo York.pdf

Dear David:

Please see the attached invoices for the marketing costs related to the respective brands. Our bank information is on the invoices. Please call either Ethan or myself if you have any questions.









**Global Brands Group USA Inc.**

Invoice: 09.25.14 M-SEA
September 25, 2014

For Mossimo SEA
Marketing Costs $ 2,000,000

Total $ 2,000,000

Due upon receipt

**For Mossimo SEA**
**Marketing Costs** $ 2,000,000

**Global Brands Group USA Inc.**

Invoice: 09.25.14 PC
September 25, 2014

For Peanuts China
Marketing Costs $ 2,000,000

Total $ 2,000,000

Due upon receipt

**For Peanuts China**
**Marketing Costs** $ 2,000,000

**Global Brands Group USA Inc.**

Invoice: 09.25.14 ZY
September 25, 2014

For Zoo York
Marketing Costs $ 1,000,000

Total $ 1,000,000

Due upon receipt

**For Zoo York**
**Marketing Costs** $ 1,000,000

**A-1634**








**A-1635**




GOVERNMENT EXHIBIT 1104
19 Cr. 869 (ER)

74

2015





September 29

3

2014  2

**From:** Seth Horowitz
**Sent:** Monday, September 29, 2014 9:06 AM
**To:** Neil Cole
**Subject:** GBG

Neil,
I have a meeting with Jason at 3:30 today at the Empire State Building. Then meeting with Jared and Ethan. Can we spend some time today discussing prior to me heading over?

**From:** Neil Cole <ncole@iconixbrand.com>
**Date:** Monday, September 29, 2014 at 9:10 AM
**To:** Seth Horowitz <shorowitz@iconixbrand.com>
**Subject:** Re: GBG

Ok. Will be in around 1.

1

2013





A-1636

**Left document (Government Exhibit 232):**

Wednesday, September 29, 2014

## Iconix/GBG

1. $5m marketing – Received invoices on Thursday for this amount- payable immediately.

- $1m Zoo York Europe – show us work..real expenses.. billed by TLC

- $2m Peanuts China – show us things – Billed by Master License in China

- $2m Ecko Unlimited/ Rocawear – show us expenses.. billed by TLC

- 50% Q3/Q4, 50% prepay '15 ?

- Fund GBG local marketing for Zoo York/ Ecko Unlimited/ Ed Hardy European launch? Fund from LUXCO to GBG/ SE ASIA JV – with money going through JV – and back out to GBG?

2. JV in China for Umbro and Lee Cooper

- $21.5m 50% JV

- $2.0m backstop 'in 14

- $2.5m backstop '15

- $4.3 payment upon signing. $1.3m due 12/13/14

- $4.3 payment on anniversary of JV. $1.1m due 3/31/15 and $1.1m due 6/31/15

- $4.7m on 2nd anniversary of JV

- $4.7m on 3rd anniversary of JV

3. Rocawear Kids Termination Option 1 – REALLY 8.5

- $2.5m royalty relief in '14 and transfer on orders to New Rise

**GOVERNMENT EXHIBIT 232** 19 Cr. 869 (ER)

**Right document (Government Exhibit 232-B):**

Wednesday, September 29, 2014

- $3.5m royalty relief in '15

- Approximate $8m backlog transfer to New Rise or TBD

- New Rise purchase approx. $1.5m of existing inventory w/ 90 day payment terms

- Fixture transferred to Zoo York

4. Rocawear Kids Termination Option 2

- $1.0m royalty relief in '14 (pay $1.5m for 2nd half)

- $3.5m royalty relief in '15

- No transfer of inventory/ on order.

- New Rise takes over 1/1/15

5. Other Transactions- they would like to discuss:

- Diamond Icon – Global Sourcing Umbro – What would they pay? What would they add?

- Zoo York – PASS – Strategic discussion – led to nothing- not interested / JIMLAR wants to exit business?

- Latin America – 85 million basis- w/out Umbro… approx.. $90m cost basis of Umbro… what do they bring to table? Cesar and GBG meeting? $175m cost basis - $21m revenue.. how does that work?

- Japan - ?

**GOVERNMENT EXHIBIT 232-B** 19 Cr. 869 (ER)

Last Modified    9/29/2014 12:11 PM    Last Modified By  Seth Horowitz

September 29

# A-1637











Appointment

| | |
|---|---|
| From: | Toni Lombardi [/O=LFTLTD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TONI LOMBARDIBA8] |
| Sent: | 9/29/2014 12:23:56 PM |
| To: | Toni Lombardi [tonilombardi@globalbrandsgroup.com]; Ethan Cole [ethancole@lfusa.com]; Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Amanda Azzoli [amandaazzoli@globalbrandsgroup.com]; Seth Horowitz (shorowitz@iconixbrand.com) [shorowitz@iconixbrand.com]; Jason Rabin [jasonrabin@globalbrandsgroup.com] |
| CC: | Maurice Sasson [msasson@iconixbrand.com] |
| Subject: | Seth & Jason |
| Location: | ESB - 9th Floor - Jason's Office |
| Start: | 9/29/2014 3:30:00 PM |
| End: | 9/29/2014 4:30:00 PM |
| Show Time As: | Busy |
| Recurrence: | (none) |
| Required Attendees: | Seth Horowitz (shorowitz@iconixbrand.com); Jason Rabin; Ethan Cole; Jared Margolis (JaredMargolis@lfasia.com); Amanda Azzoli |
| Optional Attendees: | Maurice Sasson |

   

September 29

2013  1  2014  2  3  2015

GOVERNMENT EXHIBIT 1105
19 Cr. 869 (ER)

77



**From:** Ethan Cole
**Sent:** Tuesday, 30 September 2014 22:35
**To:** Angela Farrugia
**Cc:** Jared Margolis

**Subject:** Marketin Plan

Hi Angela,

Can you please send me the marketing plan for Zoo York and Mossimo? Jared recalled seeing impressive marketing initiatives in the Global Week presentations but the FTP site wouldn't allow him to login.

Jared asked that I follow up with you so he can take a quick look.

**From:** Angela Farrugia <angela@tlc.international>
**Date:** Wed, 1 Oct 2014 07:17:09 +0100
**To:** Ethan Cole <EthanCole@lfusa.com>
**Cc:** Jared Margolis <JaredMargolis@GlobalBrandsGroup.com>, Daisy Hollingdale <Daisy.Hollingdale@iconix-europe.com>, Microsoft Office User <robert@iconix-europe.com>
**Subject:** Re: Marketin Plan

Hi Guys

I have a good Mossimo one that we developed for Blue inc - But Zoo York is work in Progress - but will send what I have.

Daisy + Rob - could you forward our latest decks on both?

GOVERNMENT EXHIBIT 1263
19 Cr. 869 (ER)

September 30

2013    1       2014         2015

# A-1640

From: Ethan Cole [ethancole@fusa.com]
Sent: 10/2/2014 3:34:05 PM
To: shorowitz@iconixbrand.com
CC: Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; John Reda [John.Reda@jimlar.com]
Subject: Marketing Invoices
Attachments: Zoo York Invoice.pdf; Mossimo Invoice.pdf; Peanuts Invoice.pdf

Hi Seth,

Please find attached the marketing invoices for Zoo York, Mossimo and Peanuts. In the link below please find the decks related to each.

---

**Global Brands Group USA Inc.**

Invoice: 9.30.14 ZY
September 30, 2014

For Zoo York

Marketing costs related to:
Comprehensive positioning, marketing and launch analysis for SEA
Comprehensive research and marketing analysis complete with launch plan for Europe

Due upon receipt  Total  $ 955,710

---

**Global Brands Group USA Inc.**

Invoice: 9.30.14 PC
September 30, 2014

For Peanuts

Marketing costs related to:
Strategic analysis of China, HK, Macau and Taiwan market
Marketing and launch strategy for China, HK, Macau and Taiwan
IAPM Mall Event
Art + Life Event
Strategic analysis of Korea and SEA market complete with marketing plan

Due upon receipt  Total  $2,104,060

---

**Global Brands Group USA Inc.**

Invoice: 9.30.14 M
September 30, 2014

For Mossimo

Marketing costs related to:
Developing a comprehensive marketing strategy and plan for SEA
Design and trend analysis
Comprehensive marketing and positioning analysis for Europe

Due upon receipt  Total  $ 1,940,230

---

2013 — 1 — 2014 — 2 — 3 (October 2) — 2015 — 79

GOVERNMENT EXHIBIT 1111
19 Cr. 899 (ER)









Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 23 of 72

A-1641

# A-1642



> On Sep 17, 2014, at 10:28 AM, Jason Rabin <jasonrabin@globalbrandsgroup.com> wrote:
>
> Hi Neil..
>
> We are good with the deal. I. Signed it yest. will be in thhe office around 12 to release..also we could work on acquiring 50 percent of zoo..

From: Neil Cole [mailto:ncole@iconixbrand.com]
Sent: Thursday, October 09, 2014 08:09 AM
To: Jason Rabin
Subject: Catch up

Available to meet on Friday.

On Oct 9, 2014, at 8:13 AM, Jason Rabin <jasonrabin@globalbrandsgroup.com> wrote:

Hi..
I could meet you at 1:15 tom..

From: Neil Cole [ncole@iconixbrand.com]
Sent: 10/9/2014 12:20:00 PM
To: Jason Rabin [jasonrabin@globalbrandsgroup.com]
Subject: Re: Catch up

sounds good.

2013 2014 2015

October 9

GOVERNMENT EXHIBIT 1277 19 Cr. 869 (ER)



From:        Seth Horowitz [shorowitz@iconixbrand.com]
Sent:        10/13/2014 2:35:01 PM
To:          Neil Cole [ncole@iconixbrand.com]
Subject:     Weekly Update
Attachments: oct13.pdf; oct13.docx

Neil,
Attached is my weekly update.

1. 2014 Financial Results
- Updated Q4 – Set Goals
  - Accelerated A/R on terminations
  - Nick Graham Update to Revenue and expenses (750 Gross Rev, 500 Net)
  - GBG Global Marketing
  - Dilution/ Share Count
  - Roc Transaction Implications (?)

2. Rocawear Kids
- Agreed to terms with Jason. Have drafted, but holding off on sending doc until requested. Still no request for docs.
- SalesCo will take over Jan 1 2015

GOVERNMENT
EXHIBIT
1211
19 Cr. 869 (ER)

October 13



2013    1      2014      2015   82

**ICONIX BRAND GROUP REPORTS RECORD REVENUE AND EARNINGS FOR THE THIRD QUARTER 2014**

- *Record Q3 diluted non-GAAP EPS of $0.73, a 23% increase over prior year quarter*

- *Record Q3 revenue of $113.8 million, a 6% increase over prior year quarter*

NEW YORK, New York—October 28, 2014 – Iconix Brand Group, Inc. (NASDAQ: ICON) ("Iconix" or the "Company"), today announced financial results for the third quarter ended September 30, 2014.

Neil Cole, Chairman and CEO of Iconix Brand Group, Inc. commented, "Our strong third quarter and year to date results reflect the continued strength of our overall portfolio and the power of our business model. With solid brand performance domestically supported by large direct-to-retail licenses, and double digit growth around the world driven by our global brands and joint ventures, we continue to execute in line with our successful track record. As we look to 2015, we expect to continue to drive positive organic growth, and with our strong balance sheet we plan to deliver additional value as we execute on our acquisition strategy and continue to opportunistically repurchase stock."



GOVERNMENT EXHIBIT 104
19 Cr. 869 (ER)



On 10/29/14, 6:09 PM, "Ericka Alford" <ealford@iconixbrand.com> wrote:

>I've gotten a few calls and emails this week from Global Brands'
>senior legal team asking for updates and to wrap up this agreement.
>Let's please discuss tomorrow how you would like me to respond.

From: Seth Horowitz
Sent: Thursday, October 30, 2014 10:21 AM
To: Ericka Alford; Maurice Sasson
Subject: Re: Rocawear Kids Termination

Ericka,
Maurice will sit with you to discuss.  In the meantime, please tell their attorney that the business leaders have two outstanding points to work out.

GOVERNMENT EXHIBIT 1118
19 Cr. 869 (ER)



October 30

2013    1        2014  2     3      2015   84



# A-1647

| Transactions | | Summary | 5.5x Value | Gross Price | Net | 2014 Guaranteed Distribution/ Relief and/or Investment | Earned Distribution | Net GBG | 2015 Guaranteed Distribution Relief and/or Investment | Forecasted Distribution | Net GBG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Korea | All | Add all brands (no Peanuts/ no Umbro) | $ 3,300,000 | $ 15,917,400 | $ 6,567,400 | | | | | | |
| Europe | Men's Additional | Add men's brands to EU portfolio | $ 6,050,000 | | $ 6,000,000 | $ 1,500,000 | $ 300,000 | $ 1,200,000 | $ 1,000,000 | $ 500,000 | $ 500,000 |
| China | LC & Umbro | Add LC and Umbro for China | $ 15,500,000 | $ 21,500,000 | $ 6,000,000 | $ 2,500,000 | $ 300,000 | $ 2,200,000 | $ 2,500,000 | $ 500,000 | $ 2,000,000 |
| US | Rocawear Kids Termination | Eliminate $5m royalty ('14 and '15) | | | -$ 3,500,000 | $ 1,000,000 | $ - | $ 1,000,000 | $ 3,500,000 | $ - | $ 3,500,000 |
| GLOBAL | Marketing Initiatives to Stimulate JV's | Incremental $5m in marketing investment | | | | $ 5,000,000 | | $ 5,000,000 | | | |
| TOTAL | | | $ 24,850,000 | $ 37,417,400 | $ 9,067,400 | $ 10,000,000 | | $ 9,400,000 | $ 7,000,000 | $ 1,000,000 | $ 6,000,000 |

| Potential Transactions | | Summary | 5.5x Value | Gross Price | Net | Guaranteed Distribution/ Relief and/or Investment | Earned Distribution | Net GBG |
|---|---|---|---|---|---|---|---|---|
| Middle East/ N. Afric | All | Add all brands (No Peanuts) | $18,027,488 | $ 24,027,488 | $ 6,000,000 | | | $ 6,000,000 |
| Europe | LC | 49% Economics | $ 14,025,000 | $ 14,025,000 | $ - | | | $ - |
| US | Rocawear Kids Termination | Rainbow M-downs | | | | | | |

| | |
|---|---|
| 2014 ME/ N. Africa Revenue | $6,175,089 |
| Multiple 5.5x | $36,054,975 |
| 50 % JV Purchase | $18,027,488 |
| 100%Cost Basis | $15,500,000 |
| Gain at 5.5x | $10,277,488 |
| Proposed Price | $24,027,488 |
| Revenue Gain Q4 '14 | $16,277,488 |
| Incremental Marketing Expense | $6,000,000.00 |
| Net Iconix Q4 '14 | $10,277,488.00 |

7.8x

**Last Modified** 11/3/2014 1:43 PM

Author — SH Seth Horowitz







November 3

2013 — 1    2014 — 2    3    2015    86


GOVERNMENT EXHIBIT 706-A
19 Cr. 869 (ER)


GOVERNMENT EXHIBIT 706
19 Cr. 869 (ER)

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 30 of 72

A-1648



**Appointment**

| | |
|---|---|
| From: | Toni Lombardi [/O=LFTLTD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TONI LOMBARDIBA8] |
| Sent: | 10/31/2014 10:59:47 AM |
| To: | Toni Lombardi [tonilombardi@globalbrandsgroup.com]; Jason Rabin [jasonrabin@globalbrandsgroup.com]; Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Ethan Cole [ethancole@lfusa.com]; Amanda Azzoli [amandaazzoli@globalbrandsgroup.com]; Seth Horowitz (shorowitz@iconixbrand.com) [shorowitz@iconixbrand.com] |

**Subject:** Meeting with Seth
**Location:** ESB - 9th Floor Exec COnference Room

**Start:** 11/3/2014 3:30:00 PM
**End:** 11/3/2014 4:00:00 PM
**Show Time As:** Busy

**Required Attendees:** Jason Rabin; Jared Margolis (JaredMargolis@lfasia.com); Ethan Cole; Amanda Azzoli; Seth Horowitz (shorowitz@iconixbrand.com)






GOVERNMENT
EXHIBIT
1122
19 Cr. 869 (ER)

November 3

2013  ①  2014 ②  ③  2015  87



Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 31 of 72

**A-1649**



| | |
|---|---|
| From: | Seth Horowitz [shorowitz@iconixbrand.com] |
| Sent: | 11/3/2014 6:05:58 PM |
| To: | Neil Cole [ncole@iconixbrand.com] |
| Subject: | GBG |

Meeting with Jason and Jared went well. Will update you in the am.



November 3



GOVERNMENT
EXHIBIT
1123
19 Cr. 869 (ER)

2013   2014   2015

88



**FORM 10-Q**

**ICONIX BRAND GROUP, INC.**

**For the Quarterly Period Ended September 30, 2014**

**Highlights of Current Quarter**

- Record Q3 revenue of $113.8 million
- Record Q3 operating income of $63.6 million
- Gain related to the sale of our Umbro and Lee Cooper trademarks in the Greater China territory to our Iconix Southeast Asia joint venture

In September 2014, the Company contributed substantially all rights to its Lee Cooper and Umbro brands in the People's Republic of China, Hong Kong, Macau and Taiwan (together, the "Greater China Territory"), to Iconix SE Asia. In return, LF Asia agreed to pay the Company $21.5 million, of which $4.3 million was paid at closing. As a result of this transaction the Company recorded an $18.7 million gain, which is included in licensing and other revenue in the unaudited condensed consolidated income statement for the Current Quarter.

Date: November 7, 2014    /s/ Neil Cole

Neil Cole
Chairman of the Board, President and Chief Executive Officer

GOVERNMENT EXHIBIT 105
19 Cr. 869 (ER)

November 7

| 2013 | ① | 2014 | ② | ③ | | 2015 |

89



From: Ethan Cole <ethancole@lfusa.com>
Date: Friday, November 14, 2014 at 11:36 AM
To: Seth Horowitz <shorowitz@iconixbrand.com>
Cc: Jared Margolis <JaredMargolis@GlobalBrandsGroup.com>
Subject: Marketing Invoices

Hi Seth,

Finance has followed up on the marketing invoices – any update on when we can expect to receive payment?

From: Seth Horowitz [mailto:shorowitz@iconixbrand.com]
Sent: Friday November 14, 2014 11:39 AM
To: Ethan Cole
Cc: Jared Margolis
Subject: Re: Marketing Invoices

Just processed one last week. Let me check in on it and get back to you.

GOVERNMENT EXHIBIT 1126
18 Cr. 869 (ER)

November 14

2013    1      2014   2     3     2015   90



| From: | Seth Horowitz [shorowitz@iconixbrand.com] |
|---|---|
| Sent: | 11/17/2014 9:39:55 AM |
| To: | Neil Cole [ncole@iconixbrand.com] |
| Subject: | Weekly Update |
| Attachments: | nov17.pdf; nov17.docx |

1. 2014 Financial Results
- Updated Q4 – Probably need to get back together to update status of moving pieces.
  - Accelerated A/R on terminations
    - Marcraft Resolution – Have not confirmed settlement. Can we discuss?
    - **New** Flat Fitty scenario. Default, no cure, termination. Approx. 900k.
  - GBG Global Marketing – Processed Mossimo/ Zoo York SE Asia
- Business Development Options
  - Middle East JV
    - Moving forward on parallel paths
    - Legal timeline has been set and given to Abu Issa
    - Entire set of docs, forming new JV with GBG, is going out on Tuesday. We have held them back from doing diligence w/ licensees until we hear back from Abu Issa on Tuesday.
  - Options with GBG if no Middle East
    - US/ Latin America JV for Zoo York

2. GBG Update
   a. Rocawear kids; Agreed to terms with Jason. Have drafted, but holding off on sending doc until requested. Will sign these docs concurrent with Middle

   East or alternative transaction. Or we can re-trade based on current events w/ New Rise. Although I believe very messy and disruptive to the brand/ org.

GOVERNMENT EXHIBIT 1225
19 Cr. 869 (ER)

November 17



2013　1　2014　2　3　2015　91

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 34 of 72

A-1652

# A-1653



**From:** Jimmy Rosenfeld
**Sent:** Monday, November 24, 2014 11:52 AM
**To:** Jason Rabin
**Cc:** Steven Pinkow
**Subject:** rainbow

Good morning ☺

We ever get anything from iconix ?

**From:** Jason Rabin [/O=LFTLTD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JASON RABINOF8]
**Sent:** 11/24/2014 12:57:02 PM
**To:** Jimmy Rosenfeld [JRosenfeld@FISHMANTOBIN.com]
**Subject:** Re: rainbow

Yes working on it..it will all happen..we can discuss. In the morning..

GOVERNMENT EXHIBIT 1129 — 19 Cr. 869 (ER)

November 24

2013  2014  2015  92



# A-1654



# A-1655



From: Seth Horowitz [shorowitz@iconixbrand.com]
Sent: 12/1/2014 9:01:17 AM
To: Neil Cole [ncole@iconixbrand.com]
Subject: Update
Attachments: dec1.pdf

Attached is my weekly update. Look forward to discussing. I would also like to discuss GBG with you.

- GBG Global Marketing – Pending Peanuts Spend

Rocawear kids; Potential new terms to propose to GBG:

i. We reduce '14 minimum guarantees by $1m

ii. We make '15 a non-exclusive Rocawear kids license (?). Keep $3.5m minimum guarantee.




GOVERNMENT EXHIBIT 1212 19 Cr. 869 (ER)

December 1

2013 — 1 — 2014 — 2 — 3 — 2015 — 94









**From:** <JaredMargolis@GlobalBrandsGroup.com>
**Date:** December 1, 2014 at 7:14:08 AM EST
**To:** Jason Rabin <jasonrabin@globalbrandsgroup.com>

What time are we meeting with Neil?

On Dec 1, 2014, at 7:16 AM, Jared Margolis <JaredMargolis@GlobalBrandsGroup.com> wrote:

I'm meeting with Neil and Jason in the afternoon. I need to have everything organized in paper where all the money is going in detail as discussed last week.

I also need to know status on Middle East

On Dec 1, 2014, at 8:47 AM, "Ethan Cole" <ethancole@globalbrandsgroup.com> wrote:

Got it. Will have prepared.

**From:** Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
**Sent:** 12/1/2014 9:21:42 AM
**To:** Ethan Cole [ethancole@globalbrandsgroup.com]
**Subject:** Re: Fwd:

Additionally what has been paid so far and schedule on the balance.

Please list any outstanding issues including Inam and Angela wanting same operational rights as TLC Europe on collections etc...

GOVERNMENT EXHIBIT 1133
19 Cr. 869 (ER)

December 1






2013  1  2014  2  3  2015  95

**A-1657**

From: Neil Cole [mailto:ncole@iconixbrand.com]
Sent: Monday, December 01, 2014 09:42 AM
To: Jason Rabin
Subject: Re: Avirex

When can we meet today?

From: Jason Rabin [mailto:jasonrabin@globalbrandsgroup.com]
Sent: Monday December 01, 2014 9:51 AM
To: Neil Cole
Subject: Re: Avirex

I could meet after 5 or early morning tom..I could come to you at 8am..whichever easier for you

From: Neil Cole [mailto:ncole@iconixbrand.com]
Sent: Monday December 01, 2014 10:22 AM
To: Jason Rabin
Cc: Seth Horowitz <shorowitz@iconixbrand.com>; Pauline Israel <pisrael@iconixbrand.com>
Subject: RE: Avirex

Let's do 8:30 tomorrow morning.

From: Jason Rabin [jasonrabin@globalbrandsgroup.com]
Sent: 12/1/2014 10:39:02 AM
To: Neil Cole [ncole@iconixbrand.com]
CC: Seth Horowitz [shorowitz@iconixbrand.com]; Pauline Israel [pisrael@iconixbrand.com]
Subject: Re: Avirex

Yes..I will be there...

December 1

2013    1    2014   2    3    2015    96

GOVERNMENT EXHIBIT
1245
19 Cr. 869 (ER)





JaredMargolis@GlobalBrandsGroup.com> wrote:

Hi Seth,

Can Ethan contact someone in your team to gather all the details of all the allocations so we are properly prepared for our meeting later today with Jason and Neil.

Ethan doesn't have everything and I want to make sure we are aligned prior to the meeting.

| From: | Seth Horowitz [shorowitz@iconixbrand.com] |
|---|---|
| Sent: | 12/1/2014 11:53:43 AM |
| To: | Jared Margolis [JaredMargolis@GlobalBrandsGroup.com] |
| CC: | Ethan Cole [ethancole@globalbrandsgroup.com] |
| Subject: | Re: |

My understanding is that we are going to be aligning at the meeting.

December 1

GOVERNMENT EXHIBIT 1134
19 Cr. 869 (ER)



A-1658





**From:** Ethan Cole [ethancole@globalbrandsgroup.com]
**Sent:** 12/1/2014 8:33:54 PM
**To:** Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
**Subject:** Notes for Iconix Meeting

## Plugs

|  | Europe / Korea | LC / Umbro China | Middle East |
|---|---|---|---|
| Purchase Price | 15,917,500 | 21,500,000 | 23,604,000 |
| Value based on Rev Multiple | 10,900,000 | 15,500,000 | 18,604,000 |
| Plug | 5,017,500 | 6,000,000 | 5,000,000 |
| Cont Plug 14 | 3,000,000 | 2,000,000 | NA |
| Cont Plug 15 | 3,250,000 | 2,500,000 | NA |

- Thus far we have invoiced $5M in marketing for the Europe / Korea amendment
  - Zoo York: $955k
  - Mossimo: $1.9M (Iconix says payment has been made – we requested confirmation of receipt from John Reda)
  - Peanuts: $2.1M
- Contribution plugs will be paid to GBG at year-end along with the distributions from the JV – no invoice required
- The $6M for China Umbro / LC will offset the following:
  - Rocawear Royalties of $4.5M ($1M in 2014 + $3.5M in 2015)
  - Fixtures of $1.5M
  - Confirm how we would like legal to handle this arrangement – can the Roc termination agreement also cover the fixtures?

## Plugs – Miscellaneous Points to Discuss

- Cannoli's
- Consultancy Agreement

December 1

GOVERNMENT
EXHIBIT
1138
19 Cr. 869 (ER)

    

2013   1   2014   2   3   2015   98



**From:** John Reda
**Sent:** Friday, November 14, 2014 11:35 AM
**To:** Jared Margolis; Ethan Cole
**Subject:** Iconix - $5M
**Importance:** High

Hi -- When are they going to pay this?  The auditors are asking about this.

**From:** Ethan Cole
**Sent:** Monday, December 01, 2014 6:10 PM
**To:** John Reda
**Cc:** Jared Margolis
**Subject:** RE: Iconix - $5M

I spoke with Iconix this morning and they said that they have made payment for one of the 3 invoices ($1.9mm) with the others to follow.  Please confirm that we have received the first payment as Jared will be with Neil Cole tomorrow and can pressure him if not.

On Dec 2, 2014, at 9:42 AM, John Reda <John.Reda@jimlar.com> wrote:

We received the funds.  The balance has to be received before year end or we are going to have problems with the auditors.  Can you make this happen?  If not we need to know now so Jason, Ron & Mark are aware and can exert pressure.

**From:** Ethan Cole [ethancole@globalbrandsgroup.com]
**Sent:** 12/2/2014 10:54:46 PM
**To:** John Reda [John.Reda@jimlar.com]
**CC:** Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Ethan Cole [ethancole@globalbrandsgroup.com]
**Subject:** Re: Iconix - $5M

Hi John,

Glad to see that we have received the first payment.

Jared met with iconix today and the remainder will be sent out this week.

GOVERNMENT EXHIBIT 1143
19 Cr. 869 (ER)

A-1660

December 2

| 2013 | 1 | 2014 2 | 3 | 2015 | 99 |



## Appointment

| | |
|---|---|
| **From:** | Amanda Azzoli [/O=LFTLTD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AMANDA AZZOLI7B9] |
| **Sent:** | 12/1/2014 1:32:31 PM |
| **To:** | Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Ethan Cole [ethancole@globalbrandsgroup.com] |
| **Subject:** | Meeting: Jason, Neil Cole, Jared Margolis |
| **Location:** | Iconix Office: 1450 Broadway at 40th Street |
| **Start:** | 12/2/2014 8:30:00 AM |
| **End:** | 12/2/2014 9:00:00 AM |
| **Show Time As:** | Busy |
| **Required Attendees:** | Ethan Cole |






December 2

2013 ① 2014 ② ③ 2015 100

GOVERNMENT EXHIBIT 1136
19 Cr. 869 (ER)



A-1662

From: Amanda Azzoli <amandaazzoli@globalbrandsgroup.com>
Date: Tuesday, December 2, 2014 at 11:04 AM
To: Joanna Pompilio <jpompilio@iconixbrand.com>
Subject: Meeting with Seth tomorrow @ 11:15

Hi Joanna,
I hope you had a great holiday!
Jared just informed me that he needs to meet with Seth tomorrow @ iconix @ 11:15am.

Please let me know if that works for Seth and I will send out the invite

From: Kaitlin Wasylyk [mailto:kwasylyk@iconixbrand.com]
Sent: Tuesday, December 02, 2014 11:08 AM
To: Amanda Azzoli
Subject: Re: Meeting with Seth tomorrow @ 11:15

Hi Amanda,

Joanna is no longer with Iconix, however you can direct any scheduling questions regarding Seth towards me.

How long will Jared need with Seth?

From: Amanda Azzoli <amandaazzoli@globalbrandsgroup.com>
Date: Tuesday, December 2, 2014 at 11:14 AM
To: Kaitlin Wasylyk <kwasylyk@iconixbrand.com>
Subject: RE: Meeting with Seth tomorrow @ 11:15

Hi Kaitlin!
Nice to meet you!

I know that Jared was just over at Iconix and may have spoken to Seth about this meeting in passing.

I would say, knowing them, about an hour or so- so let's say 11:15-12:15?

Would you like me to send out the invite?

December 2

GOVERNMENT
EXHIBIT
1141
19 Cr. 869 (ER)

2013  1  2014  2  3  2015  101



GOVERNMENT EXHIBIT 1142
19 Cr. 869 (ER)



On Dec 2, 2014 at 7:07 PM, Jared Margolis <JaredMargolis@GlobalBrandsGroup.com> wrote:

Anything on peanuts?

From: Seth Horowitz [shorowitz@iconixbrand.com]
Sent: 12/2/2014 9:13:20 PM
To: Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
Subject: Re:

Working on it.. Should have solutions tomorrow.

December 2



2013   1        2014 2        3                2015   102

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 46 of 72

A-1664

| From: | Neil Cole [ncole@iconixbrand.com] |
|---|---|
| Sent: | 12/3/2014 10:31:39 AM |
| To: | Pauline Israel [pisrael@iconixbrand.com] |
| Subject: | Accepted: FW: 10:15 GBG w/ Seth pre-mtg |
| Start: | 12/3/2014 10:15:00 AM |
| End: | 12/3/2014 10:30:00 AM |
| Show Time As: | Busy |






December 3


GOVERNMENT
EXHIBIT
1144
19 Cr. 869 (ER)





2013    1    2014 2    3    2015    103

# A-1665



**From:** Amanda Azzoli [amandaazzoli@globalbrandsgroup.com]
**Sent:** 12/2/2014 11:20:15 AM
**To:** Kaitlin Wasylyk [kwasylyk@iconixbrand.com]; Seth Horowitz [shorowitz@iconixbrand.com]; Ethan Cole [ethancole@globalbrandsgroup.com]; Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]

**Subject:** Meeting with Seth Horowitz and Jared Margolis
**Attachments:** ATT13406 1.jpg; ATT58789 2.jpg
**Location:** Iconix Office: 1450 Broadway, 3rd Floor

**Start:** 12/3/2014 11:15:00 AM
**End:** 12/3/2014 12:15:00 PM
**Show Time As:** Tentative

GOVERNMENT EXHIBIT 1141 — 19 Cr. 869 (ER)

2013 — 1 — 2014 — 2 — 3 — December 3 — 2015 — 104

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 48 of 72

A-1666





**From:** "Ethan Cole" <ethancole@globalbrandsgroup.com>
**To:** "Daisy Laramy Binks (Iconix)" <Daisy@iconix-europe.com>
**Cc:** "Jared Margolis" <JaredMargolis@GlobalBrandsGroup.com>
**Subject:** FW: For Jared

Similarly, can you please send me any CAD work, marketing campaigns, photo shoot images, style guides, brand collateral, design work, strategy decks, etc. that we created for each brand listed in your email. Any documentation regarding PR agencies we engaged would be helpful as well.

It is ok if you cannot dig up everything but whatever supporting documentation you do have would be helpful. Just as an FYI – we are using this info to show Iconix the amazing brand building work TLC has done thus far as Iconix will be engaging us to perform some consulting work for a number of their brands.

**From:** Angela Farrugia [mailto:angela@tlc.international]
**Sent:** Thursday, December 04, 2014 1:54 AM
**To:** Ethan Cole
**Subject:** Fw: For Jared

Hi Ethan
What is this for - please cc me on these requests

**From:** Ethan Cole [ethancole@globalbrandsgroup.com]
**Sent:** 12/4/2014 9:49:42 AM
**To:** Angela Farrugia [angela@tlc.international]
**CC:** Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
**Subject:** RE: For Jared

Hi Angela,

Apologies for not cc'ing you. We will discuss in detail on our call but Iconix would like to engage us for a number on consulting agreements in the coming months. These requests arose out of those discussions – not as a means of verifying the work we did but rather just to use as illustrative purposes. That said, we do not need to beef up or change the esthetics of whatever we have on-file (we don't need to make it pretty). Jared was just asking to receive some of the back-up for these various initiatives.

December 4



2013    1    2014 2    3    2015   105



Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 49 of 72

**A-1667**

From: Daisy Laramy Binks (Iconix) [mailto:Daisy@iconix-europe.com]
Sent: Wednesday, December 03, 2014 7:37 PM
To: Ethan Cole
Cc: Jared Margolis
Subject: Re: For Jared

No problem Ethan - let me round this up for you when I get into the office tomorrow.

| | |
|---|---|
| From: | Ethan Cole [ethancole@globalbrandsgroup.com] |
| Sent: | 12/8/2014 10:20:10 AM |
| To: | Jared Margolis [JaredMargolis@GlobalBrandsGroup.com] |
| Subject: | FW: For Jared |
| Attachments: | image001.jpg; image002.png |

Hey do you mind nudging the team on this? I can't send invoices to Iconix without the backup info.

December 8



GOVERNMENT
EXHIBIT
1147
19 Cr. 869 (ER)



2013   ①   2014 ②   ③   2015   106

**A-1668**

**From:** Ethan Cole [ethancole@globalbrandsgroup.com]
**Sent:** 12/9/2014 2:06:27 PM
**To:** Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
**Subject:** Iconix Invoices

Daisy sent over the backup documents for the invoices.

In order to complete we:

- Ecko: I was told to include an invoice for Ecko but I am not sure what we are invoicing for. **Need direction.**
- ZY SEA Pics: requested from Anabel and Claire
- ZY USA: Need some type of documentation for the JCP singage + fixtures – **need direction on who to ask**
- Consultancy Agreements: we have 4.3M allocated to consultancy (Pony, Mid East and China). Once we sort this out I will be able to proceed with invoices.



GOVERNMENT EXHIBIT 1148
19 Cr. 889 (ER)

2013 — 2014 — 2015 — 107

December 9






## Global Brands Group USA Inc.

Invoice: 9.30.14 ZY

September 30, 2014

**For Zoo York**

Marketing costs related to:
Comprehensive positioning, marketing and launch analysis for SEA
Comprehensive research and marketing analysis complete with launch plan for Europe

Due upon receipt          Total

Total Invoice Amount        $ 955,710

**Banking Information**
Beneficiary Name: GBG USA, Inc.
Beneficiary Address: 350 5th Ave, 9th Floor
New York, NY 10118
Bank Name: Citibank, N.A.
Bank Address: 399 Park Avenue
New York, NY 10022
Account No.: 30618397
ABA #: (Domestic Senders) 21000089
Swift Code: (Int'l Senders) CITIUS33

---

JPMorgan Chase Bank, N.A.    **Funds Transfer Application**

CHASE

**CUSTOMER INFORMATION**

TRANSFER TYPE: (Select One)
TRANSFER AMOUNT:
U.S. DOLLARS $ 955,710.00
FEES $
TOTAL AMOUNT $ 955,710.00




DATE OF APPLICATION: 12/10/14

CUSTOMER NAME: Iconix Brand Group Inc
ADDRESS: 1450 Broadway
CITY, STATE, ZIP CODE, COUNTRY: New York, NY 10018

NAME/ACCOUNT TITLE: GBG USA, Inc.
ACCOUNT NUMBER: 30618397





ICON-SEC-001763

CONFIDENTIAL TREATMENT REQUESTED BY SPECIAL COMMITTEE
AUDIT COMMITTEE AND ICONIX BRAND GROUP, INC.

GOVERNMENT EXHIBIT 215
19 Cr. 669 (ER)



From: Ethan Cole [ethancole@globalbrandsgroup.com]
Sent: 12/11/2014 4:48:12 PM
To: Serom Hwang [SeromHwang@GlobalBrandsGroup.com]
CC: Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
Subject: Iconix Korea

Hi Serom,

Fairly random but time sensitive request - can you please send me over all branding / strategy / positioning / creative / marketing / analysis for the Iconix brands which our team has completed? It does not need to be perfectly presentable just anything that we have complete.

Also, do we have any general research on the Korea retail market / consumer analysis?

GOVERNMENT EXHIBIT 1153
19 Cr. 869 (ER)

December 11

2013 ①          2014 ②     ③          2015  109

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 53 of 72



**From:** Seth Horowitz [mailto:shorowitz@iconixbrand.com]
**Sent:** Friday, December 12, 2014 10:35 AM
**To:** Ethan Cole
**Cc:** Kaitlin Wasylyk; Jared Margolis
**Subject:** Re: Today

Can you be at Iconix at 3:30? If not, 4:30?

On Dec 12, 2014, at 10:35 AM, Ethan Cole <ethancole@globalbrandsgroup.com> wrote:

4:30 is perfect.

**From:** Seth Horowitz [mailto:shorowitz@iconixbrand.com]
**Sent:** Friday, December 12, 2014 10:37 AM
**To:** Ethan Cole
**Cc:** Kaitlin Wasylyk; Jared Margolis
**Subject:** Re: Today

Ok. Jason mentioned he wanted to talk/meet after we meet. Can we schedule a 5:00 call wth him?

| | |
|---|---|
| **From:** | Ethan Cole [ethancole@globalbrandsgroup.com] |
| **Sent:** | 12/12/2014 10:38:00 AM |
| **To:** | Seth Horowitz [shorowitz@iconixbrand.com] |
| **CC:** | Kaitlin Wasylyk [kaitlinwasylyk@gmail.com]; Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Amanda Azzoli [amandaazzoli@globalbrandsgroup.com] |
| **Subject:** | RE: Today |

Yes, I have cc'd Amanda who will assist.

A-1671

GOVERNMENT EXHIBIT 1206
19 Cr. 869 (ER)



December 12

2013  ①  2014 ②  ③  2015  110



Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 54 of 72

**A-1672**

| | |
|---|---|
| **From:** | Seth Horowitz [shorowitz@iconixbrand.com] |
| **Sent:** | 12/15/2014 9:20:27 AM |
| **To:** | Neil Cole [ncole@iconixbrand.com] |
| **Subject:** | Weekly Report and Pony |
| **Attachments:** | dec15.pdf; dec15.docx; Pony Deck-12-14-14-TARGET-7.pdf |

- GBG Global Marketing – Pending Peanuts spend we should discuss Monday.

- Middle East JV
  - GBG: Expect signatures and funding Monday, December 15th.

Would like to review GBG International investments with you.

GOVERNMENT
EXHIBIT
1207
19 Cr. 869 (ER)

December 15

2013      2014       2015   111



Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 55 of 72

**A-1673**

From: Jeff Lignelli <Jeff@inclineglobal.com>
Date December 15, 2014 at 2:16:18 PM EST
To: "ncole@iconixbrand.com" <ncole@iconixbrand.com>
Cc: Noah Snyder <Noah@inclineglobal.com>
Subject: ICON

Hi Neil,

I hope all has been well with you – thanks again for your time last month.

I am sure you either heard about or saw that there was an Off Wall Street short seller report published on ICON today. Given that these reports can put a temporary (often a one or two quarter) cloud over a stock, it may be a good time to address the convertible bonds by buying one of them back and potentially adjusting the hedge on the other. Buying these convertible bonds back can serve essentially as a cost effective buyback.

I think that this negativity will be short lived once the additional organic revenue growth hits from Peanuts next year and as you complete accretive acquisitions over the next 6-12 months.

December 15





GOVERNMENT EXHIBIT 1213
19 Cr. 869 (ER)

**2013** ① **2014**② ③  **2015** 112

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 56 of 72

A-1674

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
CORPORATION FINANCE

December 15, 2014

Via E-mail
Mr. Jeff Lupinacci
Chief Financial Officer
Iconix Brand Group, Inc.
1450 Broadway
New York, NY 10018

    Re:    Iconix Brand Group, Inc.
           Form 10-K for the Year Ended December 31, 2013
           Filed February 27, 2014
           Response submitted November 25, 2014
           File No. 001-10593

Dear Mr. Lupinacci:

    We have reviewed your filing and response and have the following comments. In some of our comments, we may ask you to provide us with information so we may better understand your disclosure.

    Please respond to this letter within ten business days, by providing the requested information, or by advising us when you will provide the requested response. If you do not believe our comments apply to your facts and circumstances, please tell us why in your response.

---

5.    We note that you contributed substantially all rights to your Lee Cooper and Umbro brands in the Greater China Territory to your 50% owned Iconix SE Asia joint venture in September 2014, and recorded the $18.7 million gain from this transaction in licensing and other revenue in the third quarter of 2014. We further note that you entered into a similar transaction with Iconix SE Asia in June 2014, and also recorded the $13.6 million gain from this transaction in licensing and other revenue in the second quarter of 2014. Please advise us of the following:

- Further explain to us the nature of these two transactions and tell us the accounting guidance that you followed to account for them;

- Tell us whether the rights to the contributed brands for each of these transactions met the ASC 805 definition of a business and explain to us the basis for your conclusion; and

- Tell us why you recorded the net gains from these transactions in licensing and other revenue.

December 15



GOVERNMENT
EXHIBIT
110
19 Cr. 869 (ER)

 2013        2014           2015   113



From: Ethan Cole [/O=LFLTD/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ETHAN COLE7E7]
Sent: 12/15/2014 3:49:31 PM
To: Toni Lombardi [tonilombardi@globalbrandsgroup.com]
Subject: Please Print
Attachments: Invoice summary.xls

| Item | Description | Amount |
|---|---|---|
| Sing Showrooms (EH, Umbro, Candies, LC, Zoo, Moss) | | $ 44,416.00 |
| Ed Hardy | Creative | $ 336,250 |
| Joe Boxer | style creative etc | $ 196,660.00 |
| Modern Amusement | Style guides, etc | $ 186,910.00 |
| Rampage | Style guides and creative | $ 201,660.00 |
| Danskin | Rebranding campaign and DTR Roll out Plan and design work | $ 238,000.00 |
| Roc | challenge perception marketing | $ 184,000.00 |
| | BK Own fee | $ 235,000.00 |
| | BK Own and Roc BLK brand extension | $ 310,000.00 |
| Starter | Press days | $ 34,000.00 |
| | Style guides | $ 273,528.26 |
| | fee | $ 225,000.00 |
| Candies | Candies Phil | $ 42,000.00 |
| Zoo York | ZY Phil | $ 46,580.00 |
| | zy usa | $ 78,453.27 |
| | zy fixtures and signage | $ 326,411.01 |
| Consulting | Consultign LC | $ 1,985,000.00 |
| | Umbro China | $ 1,880,000.00 |
| | market anlaysis of the business in korea and prospecting china non jv brands | $ 515,205.00 |
| | Consulting Mid East | $ 1,650,000.00 |
| Total | | $ 8,989,073.54 |

December 15

2013  1  2014  2  3  2015  114

GOVERNMENT EXHIBIT 1165
19 Cr. 869 (ER)

**A-1676**

On Dec 15, 2014, at 12:36 PM, Jason Rabin <jasonrabin@globalbrandsgroup.com> wrote:

Hi..how r we with Iconix with everything being done

From: Ethan Cole [ethancole@globalbrandsgroup.com]
Sent: 12/15/2014 5:46:11 PM
To: Jason Rabin [jasonrabin@globalbrandsgroup.com]
Subject: Re:

**Privileged**

Everything is being taken care of. [ Privileged ] I also reached out to Seth to make sure we are buttoned up on everything else but as of Friday he said he had everything he needs.

GOVERNMENT EXHIBIT 1278
19 Cr. 869 (ER)

2015  115

December 15

3

2014  2

2013  1





From: Kaitlin Wasylyk <kwasylyk@iconixbrand.com>
Date: December 16, 2014 at 10:02:14 AM EST
To: Ethan Cole <ethancole@lfusa.com>
Subject: Meeting w/ Seth

Hi Ethan,

Seth wanted me to tell you not to worry about coming by this morning and that he would reach out to you later.

Thanks!

GOVERNMENT EXHIBIT 1249
19 Cr. 859 (ER)

December 16

2013  1    2014 2    3    2015

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 59 of 72

116

# A-1678





Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 61 of 72

A-1679



3. **Payment of Purchase Price**. On the allotment and issue of the GBG Shares credited as fully paid and free and clear of any and all Liens, GBG shall pay to Iconix to such bank account as they may collectively notify in writing to GBG the aggregate consideration of US$3,428,541.00 (the "*Purchase Price*"), which shall be payable as follows, in each case by wire transfer in immediately available funds:

(m) Iconix shall pay to GBG by wire transfer in immediately available funds an amount equal to $3,100,000.00 for expenses related to due diligence and market analysis in the Middle East and North Africa.

ICONIX:

ICONIX BRAND GROUP, INC.

By:

Name: Neil Cole

Title: CEO

**SUBSCRIPTION AGREEMENT**

s SUBSCRIPTION AGREEMENT dated as of December 19, 2014 this t"), by and among RED DIAMOND HOLDINGS S.A R.L., a société à responsabilité organized under the laws of the Grand Duchy of Luxembourg ("*Red Diamond*"), LUXEMBOURG HOLDINGS S.A R.L., a société à responsabilité limitée organized laws of the Grand Duchy of Luxembourg ("*Iconix Lux*" and, together with Red the "*Iconix Parties*"), Global Brands Group Asia Limited, a Hong Kong limited mpany ("*GBG*"), and Iconix MENA Ltd., a private limited company organized and der the laws of England and Wales (the "*Company*").

WITNESSETH

HEREAS, Iconix Lux is the owner of all of the issued and outstanding ordinary value £0.10 (the "*Ordinary Shares*"), of the Company;

HEREAS, contemporaneous with this Agreement, each of Red Diamond, and Iconix rant to the Company the license to use and sublicense the use of the Lux Licensed defined below) in the Territory (as defined below) and related rights pursuant to that aster License Agreement, dated as of even date hereof (the "*Master License*"), by and between the Iconix Parties and the Company;

HEREAS, contemporaneous with and in consideration of the grant of the Master greement, and pursuant to the transactions contemplated by this Agreement, the Iconix ll subscribe for and the Company will allot and issue (i) twelve (12) Ordinary Shares to ond, and (ii) three (3) Ordinary Shares to Iconix Lux, collectively (when taken together he (1) Ordinary Share held by Iconix Lux) representing 50% of the aggregate issued and outstanding Ordinary Shares after giving effect to the transactions under this Agreement and License Agreement (the "*Iconix Shares*"); and

HEREAS, in consideration of the Iconix Parties entering into the Master License with the Company and the payment of the Purchase Price to the Iconix Parties the Company has agreed to allot and issue sixteen (16) Ordinary Shares, representing e aggregate issued and outstanding Ordinary Shares to GBG (the "*GBG Shares*"), erms and subject to the conditions set forth herein and so that the Iconix Parties shall ght, title or interest in or to such GBG Shares.

W, **THEREFORE**, in consideration of the foregoing and the mutual covenants and herein contained, and intending to be legally bound hereby, the parties hereto do ee as follows:

**Definitions**. For the purposes of this Agreement, the following capitalized terms the meanings set forth below (which shall apply equally to both the singular and plural ch terms):

GOVERNMENT EXHIBIT 221 19 Cr. 869 (ER)

December 19



2013    1    2014         2015   119

**A-1681**



**From:** Ethan Cole [ethancole@globalbrandsgroup.com]
**Sent:** 12/23/2014 10:16:09 AM
**To:** shorowitz@iconixbrand.com
**CC:** Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]
**Subject:** Middle East Invoice
**Attachments:** ME DD and Market Analysis Invoice.pdf

Hi Seth,

Please find attached an invoice for transaction related expenses for the Middle East JV.

**For Middle East and North Africa Transaction Related Expenses**
Commercial and financial due diligence in connection with the Middle East and North Africa joint venture transaction
Market and positioning analysis of Middle East and North African brand portfolio

---

Global Brands Group USA Inc.
350 5th Avenue - 9th Floor
PH (646) 839-7000 · Fax (646) 839-7001

Bill TO:
ICONIX BRAND GROUP, INC.
1450 BROADWAY, 3RD FLOOR
NEW YORK, NY 10018
ATTN: Seth Horowitz

Invoice: 12.23.14 MEJV
December 23, 2014

DESCRIPTION

**For Middle East and North Africa Transaction Related Expenses**
Commercial and financial due diligence in connection with the Middle East and North Africa joint venture transaction
Market and positioning analysis of Middle East and North African brand portfolio

TOTAL

Total        $ 3,100,000

**$ 3,100,000**

December 23

2013    2014 ②    ③    2015    120
①

GOVERNMENT EXHIBIT 1171
19 Cr. 869 (RR)



**A-1682**

**From:** John Reda
**Sent:** Tuesday, January 06, 2015 11:55 AM
**To:** Ethan Cole; Jared Margolis
**Subject:** Monies received from Iconix
**Importance:** High

Hi

We received the attached money from Iconix with no back up as to what this is for. Would you know the purpose of these payments? Is there someone at Iconix that I could contact.

On Jan 6, 2015, at 8:31 PM Ethan Cole <ethancole@globalbrandsgroup.com> wrote:

Hi John,

The first amount received is a lump sum payment for approximately 16 invoices. These invoices primarily relate to showrooms, marketing and creative work done for Zoo York, Candies, Starter, Rocawear, Danskin, Modern Amusement, Joe Boxer, Ed Hardey and Umbro.

The second amount is related to commercial and financial due diligence in connection with the Middle East and North Africa joint venture transaction.

Please let me know if you require any ad...

**Cc:** Jared Margolis; Dina Casper; Jewell Millner
**Subject:** Re: Monies received from Iconix

Thank you Ethan

For the first amount received there are no invoices on the books for this cash. Do you have copies of these 16 invoices? We're they ever processed by the GBG Billing/AR dept.?

| | |
|---|---|
| **From:** | Ethan Cole [ethancole@globalbrandsgroup.com] |
| **Sent:** | 1/7/2015 8:30:17 PM |
| **To:** | John Reda [John.Reda@jimlar.com] |
| **CC:** | Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Dina Casper [dinacasper@globalbrandsgroup.com]; Jewell Millner [jewellmillner@globalbrandsgroup.com] |
| **Subject:** | RE: Monies received from Iconix |
| **Attachments:** | Candies showroom Philippines.xlsx; Danskin Brand Ext.xlsx; Ed Hardy v1.xlsx; JB Style Guide v1.xlsx; Middle East DD.xlsx; Modern Amusement Branding v1.xlsx; BK Own fee.xlsx; Challenge Perceptions Marketing Campaign v1.xlsx; Showroom Singapore.xlsx; fee v1.xlsx; Press Days v1.xlsx; Starter Style Guides v1.xlsx; Zoo York USA Fixtures and Signage.xlsx; ZY showroom Phil.xlsx; Zoo York USA Showrrom wo break.xlsx |

Hi John,

Apologies for missing your call as I am in HK.

I am available to speak now. If not, please see 17 invoices attached. The one titled Middle East DD is for $3.1M in transaction related expenses. The other 16 amount to $2.4M which is the second amount which we received from Iconix.

Please let me know if anything else is required and I will provide immediately.

January 7

GOVERNMENT EXHIBIT 1180
19 Cr. 869 (ER)

| 2013 | ① | | | 2014 ② | ③ | | 2015 | 121 |

**For Middle East and North Africa Transaction Related Expenses**
Commercial and financial due diligence in connection with the Middle East and North Africa joint venture transaction
Market and positioning analysis of Middle East and North African brand portfolio

| Due upon receipt | Total | $ 3,100,000 |
|---|---|---|

**For Candies (Philippines)**

Costs related to showroom build-out:

Construction
Electric
Fixturing (Tables, Chairs)
Manicans
Design Fees

| Due upon receipt | Total | $ 42,000 |
|---|---|---|

**For Danskin**

Costs related to:
Rebranding campaign, DTR roll-out plan and deisgn work

| Due upon receipt | Total | $ 238,000 |
|---|---|---|

**For Ed Hardy**

Costs related to:
Brand positioning anlaysis and creation of creataive assets $ 336,250

| Due upon receipt | Total | $ 336,250 |
|---|---|---|

**For Joe Boxer**

Costs related to:
Creation of Boxer Dog concept complete with new style guide, abaassador concept guide and related assets $ 196,660

| Due upon receipt | Total | $ 196,660 |
|---|---|---|

**For Modern Amusement**

Costs related to:
Creation of new style guide, lookbook and related brand assets $ 186,910

| Due upon receipt | Total | $ 186,910 |
|---|---|---|

**For Rocawear (Brooklyn's Own and Roc BLK)**

Costs related to:

Fee for use of BK Own and Roc BLK campaign in USA

| | Total | $ 235,000 |
|---|---|---|
| Due upon receipt | | |

**For Rocawear**

Costs related to:
Challenge Perceptions marketing campaign strategy and execution $ 184,000

| Due upon receipt | Total | $ 184,000 |
|---|---|---|

**For Candies, Ed Hardy, Umbro, Lee Cooper and Mossimo Showrooms in Singapore**

Costs related to showroom build-out including consturtion, electric, fixturing, manicans and design fee

| Due upon receipt | Total | $ 44,416 |
|---|---|---|

**For Starter Black**

Costs related to:

Fee for use of marketing materials and brand assets in USA

| Due upon receipt | Total | $ 225,000 |
|---|---|---|

**For Starter Black**

Costs related to:
Press days (FHM, Loaded, Zoo, Esquire, GQ, Student Guide, RWD)

| Due upon receipt | Total | $ 34,000 |
|---|---|---|

**For Starter Black**

Costs related to:
Creation of style guide, marketing, collaboartions and new online guidelines $ 273,528

| Due upon receipt | Total | $ 273,528 |
|---|---|---|

**For Zoo york USA**

Costs related to:
Fixturing and signage for JC Penny

| Due upon receipt | Total | $ 326,411 |
|---|---|---|

**For ZY (Philippines)**

Costs related to showroom build-out including construction, electric, tables, chairs, manicans and design fee

| Due upon receipt | Total | $ 46,580 |
|---|---|---|

**For Zoo York USA**

Costs related to:
Showroom build-out - Empire State Building Floor 4
Construction
Electric
Fixturing (Tables, Chairs)
Wall Systems (Panelling)
Closets
Manicans
Design Fee
Visuals
Skateboards and Installation

| Due upon receipt | Total | $ 78,453 |
|---|---|---|

GOVERNMENT
EXHIBIT
1180
19 Cr. 869 (ER)

January 7

| 2013 | 1 | | 2014 | 2 | | 3 | | 2015 | 122 |

**A-1684**

From:  Ethan Cole [ethancole@globalbrandsgroup.com]

Sent:  1/7/2015 9:29:18 AM

To:  Seth Horowitz [shorowitz@iconixbrand.com]

Subject:  Invoices

Hi Seth,

Sorry I was interrupted. It would be helpful if you could please confirm the invoice numbers for the 2.4M payment which we received.



GOVERNMENT EXHIBIT 1179
19 Cr. 869 (ER)

January 7

2013    1    2014    2    3    2015    123



**A-1685**

| | |
|---|---|
| **From:** | Ethan Cole [ethancole@globalbrandsgroup.com] |
| **Sent:** | 1/8/2015 8:30:45 AM |
| **To:** | John Reda [John.Reda@jimlar.com] |
| **CC:** | Jared Margolis [JaredMargolis@GlobalBrandsGroup.com]; Dina Casper [dinacasper@globalbrandsgroup.com]; Jewell Millner [jewellmillner@globalbrandsgroup.com] |
| **Subject:** | Re: Monies received from Iconix |

Hi John,

These invoices were submitted directly to Iconix and were not processed by the GBG accounting system.

January 8

**GOVERNMENT EXHIBIT 1181**
19 Cr. 869 (ER)

| 2013 | 1 | | 2014 2 | 3 | | 2015 | 124 |

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 68 of 72

A-1686

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
CORPORATE FINANCE

February 11, 2015

Via E-mail
Mr. Jeff Lupinacci
Chief Financial Officer
Iconix Brand Group, Inc.
1450 Broadway
New York, NY 10018

    Re:    Iconix Brand Group, Inc.
           Form 10-K for the Year Ended December 31, 2013
           Filed February 27, 2014
           Response Dated January 20, 2015
           File No. 001-10593

Dear Mr. Lupinacci:

    We have reviewed your filing and response and have the following comments. In some of our comments, we may ask you to provide us with information so we may better understand your disclosure.

    Please respond to this letter within ten business days, by providing the requested information, or by advising us when you will provide the requested response. If you do not believe our comments apply to your facts and circumstances, please tell us why in your response.

international joint ventures between 2012 and 2014,

- Explain how you budgeted for these transactions, describe the circumstances leading to a decision to enter into each transaction, and identify the individual(s) who is responsible for negotiating and executing these transactions. For example, clarify if the sale of a trademark is a normal event in the life cycle of a trademark, if trademarks are routinely marketed for sale at all times, if trademarks are sold only when they are determined to be underperforming, or if other circumstances may lead you to sell a trademark.

- The material terms of any agreements made with the transaction counterparty or owner(s) of the counterparty (e.g., minimum revenue guarantees, put or call options, etc.).



February 11

 2013    1        2014                 2015   125

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 69 of 72

A-1687

**From:** Cunningham, Kathleen A. [kcunningham@BlankRome.com]
**Sent:** 2/17/2015 8:13:34 PM
**To:** Neil Cole [ncole@iconixbrand.com]; Brian Snyderman [bsnyderman@iconixbrand.com]; David Blumberg [dblumberg@iconixbrand.com]; Jeff Lupinacci [jlupinacci@iconixbrand.com]; David Maslaton [DMaslaton@iconixbrand.com]; Seth Horowitz [shorowitz@iconixbrand.com]; Jaime Sheinheit [jsheinheit@iconixbrand.com]; Jason Schaefer [jschaefer@iconixbrand.com]; Pauline Israel [pisrael@iconixbrand.com]; Lawrence Shapiro [LShapiro@bdo.com]; AviGeffner [ageffner@bdo.com]; Willy Burkhardt [wburkhardt@iconixbrand.com]
**CC:** Mittman, Robert [Rmittman@BlankRome.com]; Watson, Jacqueline [JWatson@blankrome.com]; Cunningham, Kathleen A. [kcunningham@BlankRome.com]
**Subject:** Revised Comment Letter
**Attachments:** Comment Response 2.17.15.DOCX; Doc2.doc

Attached please find the revised comment letter (clean and marked) with all comments received since the last turn.

---

### Southeast Asia JV Amendment, June 2014

The individuals responsible for the negotiation of this transaction were the ~~Iconix CEO Neil Cole,~~ the COO Seth Horowitz **and the GC Jason Schaefer**, **with support from** the CFO Jeff Lupinacci, ~~the GC Jason Schaefer~~, the Assistant General Counsel Lauren Gee, **and** the law firm Gibson Dunn and their respective teams. The transaction was executed by Neil Cole **for Iconix and Andy Dunkley and Douwe Terpstra for the subsidiaries controlling the Umbro and Lee Cooper marks**.

### Southeast Asia JV Amendment, September 2014

~~The individuals responsible for the negotiation of this transaction were the Iconix~~ **The individuals responsible for the negotiation of this transaction were the** COO Seth Horowitz, the VP of Licensing Umbro, Will Byron, **and the GC Jason Schaefer, with support from** the CFO Jeff Lupinacci, ~~the GC Jason Schaefer~~, the Assistant General Counsel Lauren Gee, the law firm Gibson Dunn and their respective teams with the **high-level** oversight of ~~Iconix~~ CEO, Neil Cole. The transaction was executed by Neil Cole **for Iconix and Andy Dunkley and Hugo Froment for the subsidiaries controlling the Umbro and Lee Cooper marks**.

GOVERNMENT
EXHIBIT
1190
19 Cr. 869 (ER)

February 17

2013   ①   2014 ②   ③   2015   126

February 24, 2015

*Via EDGAR*

Ms. Tia L. Jenkins
Senior Assistant Chief Accountant
Office of Beverages, Apparel, and Mining
United States Securities and Exchange Commission
Division of Corporate Finance
Washington, D.C. 20549-7010

      Re:    Iconix Brand Group, Inc. (the "Company," "Iconix," "we," "us" or "our")
              Form 10-K for the Year Ended December 31, 2013
              Filed February 27, 2014
              SEC Response Dated February 11, 2015
              File No. 001-10593

Dear Ms. Jenkins:

This letter is in response to the Staff's letter to the Company of February 11, 2015 (the "Comment Letter") addressed to me, the Company's Chief Financial Officer, regarding the Company's Form 10-K for the year ended December 31, 2013, as amended on Form 10-K/A (collectively, the "Form 10-K") and the Company's Form 8-K filed October 29, 2014 (the "Form 8-K"). The Company's responses below have been numbered to correspond to the comments contained in the Comment Letter. Based upon both the Comment Letter and the responses provided below, the Company believes that no amendment to its previously filed Form 10-K or Form 8-K is required. For ease of reference, the Staff's comment appears in boldface immediately preceding the Company's response.

## Iconix SE Asia Amendment, June 2014

The transaction was negotiated by the COO, Seth Horowitz with guidance from CEO, Neil Cole and with support from the CFO, Jeff Lupinacci, the GC, Jason Schaefer, the Assistant GC, Lauren Gee and the law firm Gibson Dunn. The transaction was executed by Neil Cole for Iconix and by Andy Dunkley and Douwe Terpstra, Directors for the subsidiaries controlling the Umbro and Lee Cooper marks.

## Iconix SE Asia Amendment, September 2014

The transaction was negotiated by the COO, Seth Horowitz and the VP of Licensing Umbro, Will Byron, with guidance from CEO, Neil Cole and with support from the CFO, Jeff Lupinacci, the GC, Jason Schaefer, the Assistant GC, Lauren Gee and the law firm Gibson Dunn. The transaction was executed by Neil Cole for Iconix and by Andy Dunkley and Hugo Froment, Directors for the subsidiaries controlling the Umbro and Lee Cooper marks.



**GOVERNMENT EXHIBIT 113**
19 Cr. 869 (ER)

February 24

2013    1               2014 2      3          2015   127

A-1688



From: Seth Horowitz [sethhorowitz@mac.com]
Sent: 4/13/2015 9:03:31 AM
To: Neil Cole [ncole@iconixbrand.com]
CC: James Marcum [Jmar1615@aol.com]; pcuneio@cuneoco.com; Sue Gove [segove@yahoo.com]; Drew Cohen [DrewFromNY@aol.com]; Mark Friedman [mark@theretailtracker.com]; Barry Emanuel [barry@copen.org]; Jason Schaefer [jschaefer@iconixbrand.com]

Subject: Resignation
Attachments: 20150413075811.pdf

Please see attached.

---

Seth Horowitz
200 West End Avenue 15F
New York, NY 10023

April 13, 2015

Neil Cole
CEO and President
Iconix Brand Group, Inc.
1450 Broadway, 3rd Floor
New York, NY 10018

Board of Directors
Iconix Brand Group, Inc.
1450 Broadway, 3rd Floor
New York, NY 10018

Dear Mr. Cole and Members of the Board,

I hereby tender my resignation as Chief Operating Officer of Iconix Brand Group, Inc. ("Iconix" or "the Company") under my Employment Agreement dated April 2, 2012, as amended. As Mr. Cole is aware, I initially tendered my resignation last Monday, April 6, 2015. Mr. Cole did not accept my resignation at that time and suggested that I take some time off away from the office and reconsider. I agreed to do so, and after reflecting over the past week, I remain firm in my decision to resign.

In addition, I want to bring to your attention certain accounting issues that the Company and/or the Board may wish to review, and which I hope have been or will be properly addressed in the Company's ongoing discussions with BDO and the Staff of the SEC's Division of Corporation Finance.

**Terms of June 30, 2014 and September 27, 2014 Amendments to the Southeast Asia Joint Venture**

First, I would like to highlight the negotiations and terms of the June 30, 2014 and September 27, 2014 amendments to the Southeast Asia joint venture with GBG (known as Li & Fung Asia as of June 30, 2014). In particular, the price of the June 30, 2014 transaction increased from $10.9 million, based on terms negotiated for additional Southeast Asia joint venture rights in Europe and Turkey ($7.6 million) and Korea ($3.3 million), to the eventual closing price of $15.9 million based on negotiations including Mr. Cole, between Iconix and GBG regarding Iconix's verbal commitment to compensate GBG for $5 million in marketing expenses. I am aware that Iconix paid GBG a portion of the $5 million for certain marketing expenses in the fourth quarter of 2014. I do not know whether these marketing expenses were considered or discussed with BDO, in connection with accounting for revenues from the joint venture.

I also understand that the price of the September 17, 2014 transaction increased from $15.5 million, based on terms negotiated for additional Southeast Asia joint venture rights in China, Ma-

---

cao, Hong Kong, and Taiwan, to $21.5 million following negotiations including Mr. Cole, between Iconix and GBG regarding primarily Iconix's release of GBG from its licensing agreement with Iconix for Rocawear, in particular GBG's obligation to pay Iconix $2.5 million in 2014 and $3.5 million in 2015 in connection with the Rocawear license. At Mr. Cole's request, I worked with the Iconix legal team to prepare the documents to release GBG from its Rocawear obligations, but, at Mr. Cole's direction, I did not send those documents to GBG, and thus, as far as I know, GBG has not been released from those obligations.

I do not know whether the verbal commitment regarding marketing expenses and release of GBG from its Rocawear obligations were communicated to BDO for its consideration. I do not have an accounting background and would not be in a position to disagree with the Company if it has already considered these matters in connection with the revenue issues regarding these joint ventures.

**Accounts Receivable**

Second, in a recent conversation with Mr. Cole regarding accounts receivable, Mr. Cole expressed concern that once the Company completes its transition to an automated invoicing system, with invoices and accounts receivable reports drawn from the general ledger, invoices could be sent to entities that do not in fact owe payment to the Company. I am not familiar with the facts underlying Mr. Cole's concerns regarding the accuracy of the Company's accounts receivable records, and Mr. Cole may already be exploring solutions.

As explained above, I do not have complete information regarding the concerns I have described in this letter, nor do I have sufficient knowledge of the issues to reach conclusions. I simply want to raise them for your consideration so that they can be addressed in an appropriate manner.

Sincerely,

Seth Horowitz

cc: Barry Emanuel, Director
Drew Cohen, Director
F. Peter Cuneo, Director
Mark Friedman, Director
James Marcum, Director
Sue Gove, Director

Jason Schaefer, General Counsel

GOVERNMENT
EXHIBIT
1197
19 Cr. 869 (ER)

April 13

2013　　2014　　　2015　128



# Document Timeline

Case: 23-7566, 02/28/2024, DktEntry: 28.2, Page 72 of 72

A-1690