

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

August 12, 2025

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Cole*, No. 23-7566

Dear Ms. Wolfe:

    We write to advise the Court that Bronwyn Roantree is no longer with the firm Shapiro Arato Bach LLP, and to request that she be withdrawn as counsel for appellant Neil Cole and removed from the docket and service list with respect to the above-referenced appeal. Alexandra Shapiro and Daniel O'Neill of Shapiro Arato Bach LLP will continue to represent Mr. Cole.

    Respectfully submitted,

    /s/ Alexandra A.E. Shapiro

    Alexandra A.E. Shapiro

cc:    All Counsel (via ECF)