# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-five.

Before:      Dennis Jacobs,
                Susan L. Carney,
                William J. Nardini,
                    *Circuit Judges*.

---

United States of America,

      Appellee,

v.

Neil Cole, AKA Sealed Defendant 1,

      Defendant - Appellant.

**JUDGMENT**

Docket No. 23-7566

---

      The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED, and the case is REMANDED with instructions to vacate Appellant Neil Cole's convictions on the substantive counts and dismiss the indictment.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court